UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIBERTY DISPOSAL, INC., *et al.*, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.   09-cv-1985 |
| ) | |
| DOUGLAS P. SCOTT, ) | Judge Castillo |
|     Defendant. ) | |

## DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant Douglas P. Scott, by and through his attorney, LISA MADIGAN, Illinois Attorney General, states for his Agreed Motion for Extension of Time to File Responsive Pleading:

1. Defendant was served on April 15, 2009.

2. The referral to counsel of record was not made until April 28, 2009.

3. A response pleading is due May 5, 2009.

4. Counsel will need additional time to filing a responsive pleading.

4. Plaintiffs have no objection to an extension of time to May 20, 2009, for Defendant to file a responsive pleading.

5. This request is not being made to unduly delay the proceedings or for any improper purpose.

**WHEREFORE**, Defendant moves for an extension of time until May 20, 2009, in which to file his responsive pleading, and for such other relief as is just and equitable.

| | |
|---|---|
| **LISA MADIGAN**<br>**Illinois Attorney General** | **Respectfully Submitted:**<br>**s/JAMES A. LANG**<br>**IL Bar 06211100**<br>**Assistant Attorney General**<br>**General Law Bureau**<br>**100 W Randolph St, 13th FL**<br>**Chicago IL  60601**<br>**Phone:       (312) 814-5694**<br>**Fax:           (312) 814-4425**<br>**jlang@atg.state.il.us** |
| JENNIFER J. SACKETT-POHLENZ<br>QUERRY & HARROW, LTD<br>175 W JACKSON BLVD STE 1600<br>CHICAGO IL  60604 | CHARLES M. ENGLISH<br>WENDY  YOVIENE<br>OBER, KALER, GRIMES & SHRIVER<br>1401 H ST NW RM 500<br>WASHINGTON DC  20005 |
| VIA CM/ECF | VIA CM/ECF |