## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **LIBERTY DISPOSAL INC. et al.,** | ) | |
| | ) | **Civil Action No. 09 C 1985** |
| Plaintiffs, | ) | |
| | ) | **Judge Ruben Castillo** |
| vs. | ) | **Magistrate Judge Schenkier** |
| | ) | |
| **DOUGLAS P. SCOTT, in his official capacity** | ) | |
| **as Director of the Illinois Environmental** | ) | |
| **Protection Agency,** | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR DECLARATORY RELIEF AND PERMANENT INJUNCTION AGAINST DEFENDANT

Defendant Douglas P. Scott, Director of the Illinois Environmental Protection Agency, by his attorney, Lisa Madigan, Attorney General of the State of Illinois, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss the Plaintiffs' Complaint for Declaratory Relief and Permanent Injunction Against Defendant and in support states the following:

1. Plaintiffs lack prudential standing to bring this cause of action.

2. Plaintiffs' Complaint fails to state a claim upon which relief can be granted. The IEPA permit condition Plaintiffs challenge does not violate the dormant Commerce Clause.

3. Plaintiffs cannot maintain a separate claim for a violation of 42 U.S.C. § 1983.

4. A memorandum of law in support of the Motion to Dismiss is incorporated herein by reference.

WHEREFORE, Defendant Douglas P. Scott requests that this Honorable Court dismiss the Plaintiffs' Complaint for Declaratory Relief and Permanent Injunction Against Defendants with prejudice.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| LISA MADIGAN | |
| Attorney General of Illinois | |
|  | /s/ *Rachel Fleischmann* |
|  | RACHEL FLEISCHMANN |
|  | JAMES A. LANG |
|  | Assistant Attorneys General |
|  | Office of the Illinois Attorney General's Office |
|  | 100 W. Randolph, 13th Floor |
|  | Chicago, Illinois 60601 |
|  | 312-814-6122 phone |